■ IRVING SPIELER, Respondent, v. ALFRED GOTTESMAN et al., Appellants, et al., Defendant.— Orders, entered on or about August 19, 1960, unanimously reversed, on the law, with $20 costs and disbursements to the appellants, and motion by defendant-appellant Gottesman to vacate warrant of attachment and to dismiss complaint for insufficiency granted, with $10 costs and motion by defendants-appellants Gutman, Goldberg and Null to dismiss complaint granted, with $10 costs. This action for alleged libel is based upon the alleged publication of defamatory matter in a pleading in a prior action to which the plaintiff here was not a party. Such matter, however, is not "clearly impertinent or beyond the scope of the issues involved" in such prior action, and, therefore, it is absolutely privileged. (*Goldwater* v. *Merchants Importing*, 6 A D 2d 777, and cases cited; also *Marson* v. *Darrow*, 8 A D 2d 307; Prosser, Torts [2d ed.], pp. 608, 609.) Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUAN CRUZ, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFREDO GRACIAS, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ GEORGE LORBER et al., Appellants, v. BENJAMIN L. TELL et al., Copartners Doing Business as TELL, CHESER, WERNER & BREITBART, Respondents, et al., Defendants.— Order, entered on April 19, 1960, as limits the motion for partial judgment to $12,000 less the lawful interest of the City Treasurer; as leaves for the determination of the trial court the question of any shortage between the sum recovered from the City Treasurer and the $12,000 deposited by the defendants; and as fails to order the Clerk of the court to enter judgment in favor of the plaintiffs and against the defendants-respondents in the sum of $12,000, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.